**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    BRENT SCHAFER,                                    No.  CV 13-00659 JCS

9              Plaintiff,                              **ORDER**

10      v.

11   ASSOCIATION FOR SMALL CLOSELY
     HELD BUSINESSES,
12
               Defendant.
13   _____/

14

15   GOOD CAUSE APPEARING THEREFOR,

16          IT IS ORDERED that this case is reassigned to the **Honorable William H. Alsup** in the **San**

17   **Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

18   bear the **initials WHA** immediately after the case number. All hearing dates presently scheduled are

19   vacated and motions should be renoticed for hearing before the judge to whom the case has been

20   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

21   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

22   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

23   Civ. P. 72(b).

24
                                              FOR THE EXECUTIVE COMMITTEE:
25

26
     Dated:  March 22, 2013
27                                            _____
     rev 4-12                                 Richard W. Wieking
28                                            Clerk of Court