ORDER

Pursuant to the above stipulation and good cause appearing,

IT IS ORDERED that the initial Case Management Conference is continued to ___May 30_____, 2013. All other dates relative to the Case management Conference are continued accordingly. A joint case management statement is due at least seven days prior.

Counsel for plaintiffs is directed to provide notice of the continuance to all parties. There will be no further continuances.

_April 19, 2013._
Date

Judge William Alsup
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

-3-

JOINT STIPULATION TO CONTINUE CMC
Case No. 3:13-cv-00659-WHA