Clifford S. Davidson, SBN 246119
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiffs
Brent Schafer and Todd Construction, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT SCHAFER and TODD CONSTRUCTION, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATION FOR SMALL, CLOSELY HELD BUSINESSES, a Delaware corporation; CRONIN INSURANCE AGENCY, INC., a California corporation; ESTATE OF LAWRENCE D. CRONIN; KENNETH FEHL; and CLARK LANGRALL, JR.,<br><br>Defendants. | Case No. C 13-00659 WHA<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT CLARKE LANGRALL, JR. WITHOUT PREJUDICE**<br><br>CMC: May 9, 2013 |

WHEREAS, on February 14, 2013, plaintiffs filed the Complaint initiating this action, in which plaintiffs alleged, among other things, that Clarke Langrall, Jr., erroneously sued as Clark Langrall, Jr. ("Langrall"), was liable to plaintiffs for negligence;

WHEREAS, on March 28, 2013, Langrall filed his Motion to Dismiss, which was based in part on alleged lack of personal jurisdiction;

WHEREAS, plaintiffs and Langrall wish to avoid additional motion practice related to the issue of personal jurisdiction;

-1-

WHEREAS, Langrall has not filed an answer or a motion for summary judgment;

WHEREAS, plaintiffs and Langrall stipulate and agree that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Langrall will be dismissed from this action without prejudice;

THEREFORE, plaintiffs and Langrall hereby stipulate, through their counsel of record, that Clarke Lagrall, Jr., erroneously sued as Clark Langrall, Jr., is dismissed from this action without prejudice.

SUSSMAN SHANK LLP

By  /S/
Clifford S. Davidson

Attorneys for Plaintiffs Brent Schafer and
Todd Construction, Inc

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

ADELBERG, RUDOW, DORF & HENDLER, LLC

By  /S/
Andrew Radding

Attorneys for Defendant
Clarke Langrall, Jr.

Defendant Langrall's motion to dismiss (Dkt. No. 19) is **Denied** as **Moot**.
PURSUANT TO STIPULATION, IT IS SO ORDERED.

April 22, 2013.
_____                                  _____
Date                                         Judge William Alsup
                                             United States District Judge

-2-

JOINT STIPULATION TO DISMISS CLARKE LANGRALL WITHOUT PREJUDICE
Case No. 3:13-cv-00659-WHA