Clifford S. Davidson, SBN 246119
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiffs
Brent Schafer and Todd Construction, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT SCHAFER and TODD CONSTRUCTION, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATION FOR SMALL, CLOSELY HELD BUSINESSES, a Delaware corporation; CRONIN INSURANCE SERVICES, INC., a California corporation; and KENNETH FEHL,<br><br>Defendants. | Case No. C 13-00659 WHA<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT KENNETH FEHL WITHOUT PREJUDICE** |

WHEREAS, on March 11, 2013, Plaintiffs filed the First Amended Complaint in which Plaintiffs alleged, among other things, that Kenneth Fehl, was liable to Plaintiffs for negligence;

WHEREAS, on May 29, 2013, Mr. Fehl filed a motion to dismiss;

WHEREAS, Plaintiffs and Mr. Fehl wish to avoid further briefing on the issue;

WHEREAS, Mr. Fehl HAS not filed an answer or a motion for summary judgment;

WHEREAS, Plaintiffs and Mr. Fehl stipulate and agree that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mr. Fehl will be dismissed from this action without prejudice;

WHEREAS, through this stipulation, Plaintiffs do not concede any point Mr. Fehl raised

-1-

in his motion to dismiss;

THEREFORE, Plaintiffs and Mr. Fehl hereby stipulate, through their counsel of record, that Kenneth Fehl is dismissed from this action without prejudice.

SUSSMAN SHANK LLP

By /S/
Clifford S. Davidson

Attorneys for Plaintiffs Brent Schafer and Todd Construction, Inc

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

By /S/
Kenneth Fehl, Esq.

Defendant, *pro se*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June 11, 2013.
Date

Judge William Alsup
United States District Judge

-2-
JOINT STIPULATION TO DISMISS KENNETH FEHL WITHOUT PREJUDICE
Case No. 3:13-cv-00659-WHA