Submitted by:

Clifford S. Davidson, SBN 246119
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiffs
Brent Schafer and Todd Construction, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT SCHAFER and TODD CONSTRUCTION, INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATION FOR SMALL, CLOSELY HELD BUSINESSES, a Delaware corporation; and CRONIN INSURANCE SERVICES, INC., a California corporation,<br><br>Defendants. | Case No.  C 13-00659 WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Deadline to Amend Pleadings: 08/31/13<br>Discovery Cutoff:                    04/30/14<br>Trial:                                           06/30/14 |

[~~PROPOSED~~] ORDER GRANTING REQUEST TO FILE SAC
Case No. C 13-00659 WHA

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

The Court, having considered Plaintiffs' Unopposed Request for Leave to File Second Amended Complaint (the "Request"), hereby GRANTS the Request.

The [Proposed] Second Amended Complaint, attached to the Request as Exhibit A, is deemed filed as of this date.

Plaintiffs shall present to the Clerk of Court an appropriate summons for issuance and service upon the Association for Small, Closely-Held Business Enterprises.

August 2, 2013.
Date

Judge William Alsup
United States District Judge

-1-
[PROPOSED] ORDER GRANTING REQUEST TO FILE SAC
Case No. C 13-00659 WHA