Submitted by:

Clifford S. Davidson, SBN 246119
cdavidson@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiffs
Brent Schafer and Todd Construction, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRENT SCHAFER and TODD CONSTRUCTION, INC., an Oregon corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>ASSOCIATION FOR SMALL, CLOSELY HELD BUSINESSES, a Delaware corporation; and CRONIN INSURANCE SERVICES, INC., a California corporation,<br><br>            Defendants. | Case No.  C 13-00659 WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Deadline to Amend Pleadings: 08/31/13<br>Discovery Cutoff:                    04/30/14<br>Trial:                                           06/30/14 |

[~~PROPOSED~~] ORDER GRANTING REQUEST TO FILE SAC
Case No. C 13-00659 WHA

1  [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR
2  LEAVE TO FILE SECOND AMENDED COMPLAINT

3  The Court, having considered Plaintiffs' Unopposed Request for Leave to File
4  Second Amended Complaint (the "Request"), hereby GRANTS the Request.

5  The [Proposed] Second Amended Complaint, attached to the Request as Exhibit
6  A, is deemed filed as of this date.

7  Plaintiffs shall present to the Clerk of Court an appropriate summons for issuance
8  and service upon the Association for Small, Closely-Held Business Enterprises.

9  August 2, 2013.
10     Date                                  _____
11                                           Judge William Alsup
                                              United States District Judge

-1-