AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

BRENT SCHAFER and TODD CONSTRUCTION, INC, an Oregon corporation,

                Plaintiff (s),

V.

ASSOCIATION FOR SMALL CLOSELY HELD BUSINESSES, a Delaware Corporation, and CRONIN INSURANCE SERVICES, INC., a California corporation,

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 13-00659 JCS

Notice is hereby given that, subject to approval by the court, **CRONIN INSURANCE SERVICES** substitutes
                                                                                               (Party (s) Name)

**CONNIE M. ANDERSON**, State Bar No. **210286** as counsel of record in
(Name of New Attorney)

place of **DAVID M. KING, SB# 95279.**
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| Address: | 221 N. Figueroa Street, 11th Floor Los Angeles, CA 90012 |
| Telephone: | (213) 250-1800    Facsimile (213) 250-7900 |
| E-Mail (Optional): | connie.anderson@lewisbrisbois.com |

I consent to the above substitution.

Date: 8-14-13

                                        ELLEN M. CRONIN
                                        (Signature of Party (s))

I consent to being substituted.

Date: 8-12-13

                                        DAVID M. KING
                                        (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8-19-13

                                        (Signature of New Attorney)
                                        CONNIE M. ANDERSON

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2013.

                                        William Alsup
                                        United States District Judge

[Note: A separate consent order of substitution must be filed by e