AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

BRENT SCHAFER and TODD CONSTRUCTION, INC, an Oregon corporation,

Plaintiff(s),

V.

ASSOCIATION FOR SMALL CLOSELY HELD BUSINESSES, a Delaware Corporation, and CRONIN INSURANCE SERVICES, INC., a California corporation,

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 13-00659 JCS

Notice is hereby given that, subject to approval by the court, **CRONIN INSURANCE SERVICES** substitutes
(Party (s) Name)

**CONNIE M. ANDERSON**, State Bar No. **210286** as counsel of record in
(Name of New Attorney)

place of **DAVID M. KING, SB# 95279.**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LEWIS BRISBOIS BISGAARD & SMITH LLP
Address: 221 N. Figueroa Street, 11th Floor Los Angeles, CA 90012
Telephone: (213) 250-1800          Facsimile (213) 250-7900
E-Mail (Optional): connie.anderson@lewisbrisbois.com

I consent to the above substitution.
Date: 8-14-13

ELLEN M. CRONIN
A. eac
(Signature of Party(s))

I consent to being substituted.
Date: 8-12-13

DAVID M. KING
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8-19-13

(Signature of New Attorney)
CONNIE M. ANDERSON

The substitution of attorney is hereby approved and so ORDERED.

Date: September 3, 2013.

William Alsup
United States District Judge

[Note: A separate consent order of substitution must be filed by e