EAU 154 (10/03) SubstMitiOn of Aftdktncy

# UNITED STATES DISTRICT COURT

### Northern District of California

BRENT SCHAFER and TODD CONSTRUCTION, INC, an Oregon corporation,

        Plaintiff (s),

V.

ASSOCIATION FOR SMALL CLOSELY HELD BUSINESSES, a Delaware Corporation, and CRONIN INSURANCE SERVICES, INC., a California corporation,

        Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: C 13-00659 JCS

Notice is hereby given that, subject to approval by the court, __KENNETH FETIL__ substitutes
(Party (s) Name)

__CONNIE M ANDERSON__, State Bar No. __210286__ as counsel of record in
(Name of New Attorney)

place of __KENNETH PHILLIP FEHL, SB/4:70804__ .
(Name of Attorney *(s)* \Valli:hawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     __LEWIS BRISBOIS BISGAARD & SMITH LLP__

    Address:     __221 N. Figueroa Street, 11[1'] Floor Los An•cies, CA 90012__

    Telephone:     __(211) 250-1800__     Facsimile __(213) 250-7900__

    E-Mail (Optional):     connie anderson@lewisbrisbois.com

I consent to the above substitution.

Date: August 2, 2013

KENNTH P. FEHL
(Signature of Party (s))

I consent to being substituted,

Date:

(Sign*Mre of Former Attorney (s))

I consent to the above substitution,
Date: 8-1-2013

1:Signature of New Attorney)
CONNIE M, ANDERSON

The substitution of attorney is hereby approved and so ORDERED.

Date: September 4, 2013.

judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American iNgINet, Inc
WWW.FOr filEIMVAPiw.Com