UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRENT SCHAFER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASSOCIATION FOR SMALL CLOSELY-<br>HELD BUSINESS ENTERPRISES, et al.,<br>　　　　Defendants.<br>_____/ | No. C 13-0659 WHA<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　December 10, 2013<br>Mediator:　George Fisher |

　　　IT IS HEREBY ORDERED that the request to excuse plaintiffs Brent Schafer, Todd Construction, Inc., and defendant representative Ellen Cronin from appearing in person at the December 10, 2013, mediation session before George Fisher is GRANTED. Your letter presumes that it is appropriate for the insurance representative to participate by phone; however, the Court reminds counsel that ADR L.R. 6-10(c) explicitly requires insurance carrier representatives to be present in person unless excused pursuant to ADR L.R. 6-10(d). Nonetheless, in the absence of objection from the mediator or plaintiff's counsel,

　　　IT IS HEREBY ORDERED that the insurance representative for defendants is also excused from appearing in person at the mediation.

　　　The excused parties shall be available at all times to participate telephonically in the mediation pursuant to ADR L.R. 6-10(f). However, if the mediator determines that the telephonic

appearance by the individuals is interfering with the mediation process, the mediator may decide to terminate the telephonic appearances and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

December 3, 2013                   By: _____
Dated                                              Maria-Elena James
                                                   United States Magistrate Judge