United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT SCHAFER, et al., | No. C 13-00659 WHA |
| Plaintiffs, | |
| v. | **ORDER RE JOINT STIPULATION TO DISMISS REMAINING DEFENDANTS PURSUANT TO SETTLEMENT AGREEMENT** |
| ASSOCIATION FOR SMALL CLOSELY HELD BUSINESSES, et al, | |
| Defendants. | |

On January 26, the parties filed a "joint stipulation to dismiss remaining defendants with prejudice pursuant to settlement agreement" (Dkt. No. 55). The parties state that "the parties were able to resolve their dispute through the mediation process" after a mediation in December 2013. "[A]s a condition of the settlement agreement reached by the parties, Plaintiffs agreed to dismiss this action with prejudice." Attorneys for plaintiffs and attorneys for defendants signed the joint stipulation on behalf of plaintiffs and defendants. FRCP 41(a)(1) states that plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE